UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. RAY,<br><br>          Plaintiff,<br><br>     v.<br><br>L. SCOTT,<br><br>          Defendant. | NO. CV 08-02524 AHM (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Motion to Dismiss is GRANTED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff and on counsel for Defendant.

DATED: December 16, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE