JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. RAY,<br><br>        Plaintiff,<br><br>    v.<br><br>L. SCOTT,<br><br>        Defendant. | NO. CV 08-02524 AHM (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 16, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE